**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* ____________ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/22**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

**Marking Impressions, Corp.**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**DBA American Waterblasting**

**3. Debtor's federal Employer Identification Number** (EIN)

**11-3768973**

**4. Debtor's address**

**Principal place of business**

**7445 John Bragg Hwy**
**Murfreesboro, TN 37127**
Number, Street, City, State & ZIP Code

**Rutherford**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **Speidel Construction, Inc.** Relationship
District **Middle District of Tennessee** When **4/24/23** Case number, if known

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency
Contact name
Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

4/24/23 4:42PM

Debtor **Marking Impressions, Corp.** Case number (*if known*)
Name

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 4

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 24, 2023**
MM / DD / YYYY

**X /s/ Wayne Todd Pope**
Signature of authorized representative of debtor

**Wayne Todd Pope**
Printed name

Title **CEO**

**18. Signature of attorney**

**X /s/ Steven L. Lefkovitz**
Signature of attorney for debtor

Date **April 24, 2023**
MM / DD / YYYY

**Steven L. Lefkovitz 5953**
Printed name

**LEFKOVITZ & LEFKOVITZ**
Firm name

**908 HARPETH VALLEY PLACE**
**NASHVILLE, TN 37221**
Number, Street, City, State & ZIP Code

Contact phone **615-256-8300** Email address **slefkovitz@lefkovitz.com**

**5953 TN**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Marking Impressions, Corp.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 24, 2023**

*X* **/s/ Wayne Todd Pope**
Signature of individual signing on behalf of debtor

**Wayne Todd Pope**
Printed name

**CEO**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Marking Impressions, Corp.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF TENNESSEE** |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AFG**<br>**17542 17th St #200**<br>**Tustin, CA 92780** | | | | | | **$121,435.00** |
| **AMERICAN EXPRESS**<br>**ATTN: BANKRUPTCY DEPT**<br>**PO BOX 981535**<br>**El PASO, TX 79998** | | | | | | **$40,684.09** |
| **DELL FINANCIAL**<br>**ATTN: BANKRUPTCY DEPT**<br>**PO BOX 81577**<br>**AUSTIN, TX 78708** | | | | | | **$6,010.00** |
| **Dickinson Wright**<br>**424 Church St. Suite 800**<br>**Nashville, TN 37219** | | | | | | **$50,534.50** |
| **Funding Metrics LLC**<br>**3220 Tillman Dr Suite 200**<br>**Bensalem, PA 19020** | | | | | | **$60,857.00** |
| **GM FINANCIAL**<br>**ATTN: BANKRUPTCY DEPT**<br>**PO BOX 183853**<br>**ARLINGTON, TX 76096** | | **2022 GMC SIERRA** | | **$62,500.00** | **$52,500.00** | **$10,000.00** |

Debtor **Marking Impressions, Corp.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **IRS CNTRLZD INSOLVENCY OPRTN PO BOX 7346 PHILADELPHIA, PA 19101-7346** | | | | | | **$97,000.00** |
| **Jafee Capital 478 Albany Ave #200 Brooklyn, NY 11203** | | | | | | **$58,000.00** |
| **Joshua Pope 209 William Dylan Dr Murfreesboro, TN 37129** | | | | | | **$17,079.00** |
| **ON DECK CAPITAL 1400 BROADWAY #25 NEW YORK NY 10018** | | | | | | **$217,800.00** |
| **Rapid Finance 4500 East West Hwy 6th Floor Bethesda, MD 20814** | | | | | | **$54,156.00** |
| **SBA P.O. Box 3918 Portland, OR 97208** | | | | **$1,158,300.00** | **$0.00** | **$1,158,300.00** |
| **Sign Central LLC 8272 Saundersville Rd Mount Juliet, TN 37122** | | | | | | **$10,000.00** |
| **Southern Tire Mart 1430 Mark Allen Lane Murfreesboro, TN 37129** | | | | | | **$9,632.00** |
| **Swarco Industries 270 Rutherford Ln Columbia, TN 38401** | | | | | | **$19,192.50** |
| **Thomas Schankweiler 9671 Buttermilk Ridge Rd Lawrenceburg, TN 38464** | | | | | | **$124,043.00** |
| **Velocity 562 Lynnhaven Pkwy #202 Virginia Beach, VA 23452** | | | | | | **$11,300.00** |

Debtor **Marking Impressions, Corp.**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Volunteer State Bank 101 Intemation Dr Franklin, TN 37067** | | **7445 John Bragg non-estate lien** | | **$765,824.00** | **$0.00** | **$765,824.00** |
| **Volunteer State Bank 101 Intemation Dr Franklin, TN 37067** | | **7445 John Bragg non-estate lien** | | **$402,124.00** | **$0.00** | **$402,124.00** |
| **Wayne Pope 2850 Roy Arnold Rd Murfreesboro, TN 37130** | | | | | | **$443,000.00** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Marking Impressions, Corp.** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ | **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ | **2,741,294.50** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ | **2,741,294.50** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* | $ | **4,148,940.91** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ | **97,000.00** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | +$ | **1,253,358.70** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **5,499,299.61** |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Marking Impressions, Corp.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Volunteer State Bank** | **Checking** | | **$2,629.00** |
| 3.2. | **Suntrust Bank** | **Checking** | | **$3,804.00** |
| 3.3. | **Iberia Bank** | **Checking** | | **$11,690.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$18,123.00**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.

☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: **418,679.00** (face amount) - **0.00** (doubtful or uncollectible accounts) = .... **$418,679.00**

11a. 90 days old or less: **202,284.74** (face amount) - **0.00** (doubtful or uncollectible accounts) = .... **$202,284.74**

11b. Over 90 days old: **85,803.76** (face amount) - **0.00** (doubtful or uncollectible accounts) =.... **$85,803.76**

12. **Total of Part 3.** **$706,767.50**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies**<br>**Paint, Thermo, Beads** | **12/31/2022** | **$148,015.00** | **N/A** | **$148,015.00** |

23. **Total of Part 5.** **$148,015.00**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2019 Ram Flatbed** | **$0.00** | | **$30,000.00** |
| 47.2. | **2019 Dodge Ram 2500** | **$0.00** | | **$30,000.00** |
| 47.3. | **2019 Dodge Ram 2500** | **$0.00** | | **$30,000.00** |
| 47.4. | **2013 Freightliner Supply Truck** | **$0.00** | | **$20,000.00** |
| 47.5. | **2019 Autocar** | **$0.00** | | **$275,000.00** |
| 47.6. | **2018 Peterbuilt - Waterblaster** | **$0.00** | | **$500,000.00** |
| 47.7. | **2014 Isuzu NQR; 2016 Kenworth K270** | **$0.00** | | **$200,000.00** |
| 47.8. | **2022 Toyota Tacoma** | **$0.00** | | **$38,000.00** |
| 47.9. | **2022 Chevy Silverado** | **$0.00** | | **$60,000.00** |
| 47.10. | **2019 Peterbuilt Crash Cart** | **$0.00** | | **$95,000.00** |
| 47.11. | **2022 Chevy Silverado** | **$0.00** | | **$60,000.00** |

| | | | | |
|---|---|---|---|---|
| 47.12. | **2022 Chevy Silverado** | **$0.00** | | **$60,000.00** |
| 47.13. | **2021 BMW X5** | **$52,500.00** | **Comparable sale** | **$52,500.00** |
| 47.14. | **2022 GMC SIERRA** | **$52,500.00** | **Comparable sale** | **$52,500.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Furniture and Fixtures** | **$17,389.00** | **N/A** | **$17,389.00** |
| **Reflectometer, generator, striping equipment** | **$0.00** | | **$15,000.00** |
| **Thermo melters, message board LEDs** | **$0.00** | | **$65,000.00** |
| **Paint Truck Chassis** | **$0.00** | | **$125,000.00** |
| **Mini mac** | **$0.00** | | **$40,000.00** |
| **Thermolazers** | **$0.00** | | **$13,000.00** |
| **Paint Accessories, 2014 Isuzu paint truck compressor** | **$0.00** | | **$63,000.00** |
| **Thermo Parts/Push Cart** | **$0.00** | | **$13,000.00** |
| **Caterpillar Forklift** | **$0.00** | | **$14,000.00** |

51. **Total of Part 8.** **$1,868,389.00**

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor **Marking Impressions, Corp.** Case number *(If known)*
Name

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$18,123.00** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$706,767.50** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$148,015.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$1,868,389.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*..........> | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$2,741,294.50** | + 91b. **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$2,741,294.50** |

# Marking Impressions Corp

A/R Aging Summary

As of March 24, 2023

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| American Pavements, Inc. | | | 5,184.00 | | | $5,184.00 |
| C&D Safety Company, LLC | | | | | 0.00 | $0.00 |
| Charles Crabtree | | | | | 0.00 | $0.00 |
| City of Murfreesboro-Maintenance | | | | | -672.00 | $ -672.00 |
| Annual Pavement Marking Contract | | 8,290.00 | | | 0.00 | $8,290.00 |
| **Total City of Murfreesboro-Maintenance** | | **8,290.00** | | | **-672.00** | **$7,618.00** |
| Cleary Construction | | 10,766.65 | | | | $10,766.65 |
| Ennis-Flint Warranty Work | | | | | 0.00 | $0.00 |
| Ferrandino & Son | | | | | | $0.00 |
| Walgreens- 2528 Old Fort Pkwy | | | | | 0.00 | $0.00 |
| **Total Ferrandino & Son** | | | | | **0.00** | **$0.00** |
| Hi Way Paving, Inc. | | | | | | $0.00 |
| BNA - Kilo West | | | | | 2,977.80 | $2,977.80 |
| BNA 2R-20L Reconstruction | | | | | 0.00 | $0.00 |
| Taxiway Lima | | | | | 0.00 | $0.00 |
| **Total Hi Way Paving, Inc.** | | | | | **2,977.80** | **$2,977.80** |
| Hog Technologies | | 2,937.98 | | | 16,862.85 | $19,800.83 |
| Horseman's Supply | | | | | 0.00 | $0.00 |
| J.E. Dunn | | | | | 0.00 | $0.00 |
| JJ Contractors | | | | | | $0.00 |
| CHA Owner add-on (RMR15) | | | 1,927.50 | | | $1,927.50 |
| CHA Terminal Expansion | | | 6,942.13 | | | $6,942.13 |
| **Total JJ Contractors** | | | **8,869.63** | | | **$8,869.63** |
| Jones Brothers | | | 2,116.50 | 12,931.89 | | $15,048.39 |
| Metro Group 4 | 29,313.04 | | | | | $29,313.04 |
| Metro Group 5 | 11,587.51 | | | | | $11,587.51 |
| **Total Jones Brothers** | **40,900.55** | | **2,116.50** | **12,931.89** | | **$55,948.94** |
| McIntosh | | 12,858.50 | | | | $12,858.50 |
| Metropolitan Nashville Snow Removal | | | | | 0.00 | $0.00 |
| Metropolitan Nashville A/P Authority | | | | | 5,360.00 | $5,360.00 |
| BNA On-Call Contract | | | | | | $0.00 |
| Task Order 22-18, RW 13-31 cleaning #2 | | 20,595.10 | | | | $20,595.10 |
| Task Order 22-20, Fed Ex ID's | 2,603.10 | | | | | $2,603.10 |
| Task Order 22-6 2L/20R Restripe | 2,203.35 | | | | | $2,203.35 |
| **Total BNA On-Call Contract** | **4,806.45** | **20,595.10** | | | | **$25,401.55** |
| **Total Metropolitan Nashville A/P Authority** | **4,806.45** | **20,595.10** | | | **5,360.00** | **$30,761.55** |
| Misc A/R | | | | | 0.00 | $0.00 |
| Pamela Spencer | | | | | 0.00 | $0.00 |
| Pat Wilson | | | | | 0.00 | $0.00 |
| Pavement Restorations | | | | | 0.00 | $0.00 |
| North Nashville Roadway/ Bike Lane | | | | | 0.00 | $0.00 |
| Pine Street | | | | | 0.00 | $0.00 |
| **Total Pavement Restorations** | | | | | **0.00** | **$0.00** |

# Marking Impressions Corp

A/R Aging Summary

As of March 24, 2023

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Rachel Bain | | | | | 0.00 | $0.00 |
| Reed Contracting Services, Inc. | | | | | | $0.00 |
| HMCAA (Group 6) | | | | | 0.00 | $0.00 |
| **Total Reed Contracting Services, Inc.** | | | | | **0.00** | **$0.00** |
| Rockford Corporation | | | | | 0.00 | $0.00 |
| Rutherford County Highway | | | | | 0.00 | $0.00 |
| Speidel Construction, Inc. | | | 42,467.05 | 4,392.18 | 58,231.40 | $105,090.63 |
| American Airlines- CLT | | | | | 0.00 | $0.00 |
| BWI | | | | | 0.00 | $0.00 |
| Cape Cod | | | | | 0.00 | $0.00 |
| Memphis | | | | | 0.00 | $0.00 |
| Shark Ramp | | | | | 0.00 | $0.00 |
| Speidel Construction, Inc. | | | | | 0.00 | $0.00 |
| Wallops | | | | | 0.00 | $0.00 |
| WM Schlosser | | | | | 0.00 | $0.00 |
| **Total Speidel Construction, Inc.** | | | **42,467.05** | **4,392.18** | **58,231.40** | **$105,090.63** |
| State Auto | | | | | 90.00 | $90.00 |
| Superior Construction | | | | | | $0.00 |
| BNA / TATE | 20,516.26 | | | | | $20,516.26 |
| I-40 Donelson Pike | 4,652.00 | | | | 2,953.71 | $7,605.71 |
| **Total Superior Construction** | **25,168.26** | | | | **2,953.71** | **$28,121.97** |
| Superior Pavement Marking, Inc. | | | | | 0.00 | $0.00 |
| Tennessee Titans | | | | | 0.00 | $0.00 |
| The Harper Company | | | | | | $0.00 |
| Repair Taxiway Lighting** | | | | | 0.00 | $0.00 |
| **Total The Harper Company** | | | | | **0.00** | **$0.00** |
| Town of Smyrna | | | | | 0.00 | $0.00 |
| Lee Victory Park | | | | | | $0.00 |
| Parking Lot | | | | | 0.00 | $0.00 |
| **Total Lee Victory Park** | | | | | **0.00** | **$0.00** |
| **Total Town of Smyrna** | | | | | **0.00** | **$0.00** |
| Walsh Waterblasting LLC | | | | | 0.00 | $0.00 |
| TOTAL | **$70,875.26** | **$55,448.23** | **$58,637.18** | **$17,324.07** | **$85,803.76** | **$288,088.50** |

**Fill in this information to identify the case:**

Debtor name **Marking Impressions, Corp.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|
| 2.1 ALLIANCE FUNDING GROUP | $14,884.00 | $20,000.00 |
| 2.2 ALLY FINANCIAL | $28,106.00 | $30,000.00 |

**2.1 ALLIANCE FUNDING GROUP**
Creditor's Name

**PO BOX 4130**
**HOPKINS MN 55343**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2013 Freightliner Supply Truck**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$14,884.00** | **$20,000.00**

---

**2.2 ALLY FINANCIAL**
Creditor's Name

**ATTN: BANKRUPTCY DEPT**
**PO BOX 380901**
**BLOOMINGTON, MN 55438**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4733**

**Describe debtor's property that is subject to a lien**
**2019 Ram Flatbed**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$28,106.00** | **$30,000.00**

4/24/23 4:42PM

Debtor **Marking Impressions, Corp.** Case number (if known)
Name

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 **ALLY FINANCIAL**
Creditor's Name
**ATTN: BANKRUPTCY DEPT**
**PO BOX 380901**
**BLOOMINGTON, MN 55438**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2019 Dodge Ram 2500**

**$27,655.00** **$30,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4907**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.4 **ALLY FINANCIAL**
Creditor's Name
**ATTN: BANKRUPTCY DEPT**
**PO BOX 380901**
**BLOOMINGTON, MN 55438**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2019 Dodge Ram 2500**

**$32,048.00** **$30,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4914**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.5 **ALLY FINANCIAL**
Creditor's Name
**ATTN: BANKRUPTCY DEPT**
**PO BOX 380901**
**BLOOMINGTON, MN 55438**

**Describe debtor's property that is subject to a lien**
**2022 Toyota Tacoma**

**$38,141.00** **$38,000.00**

Official Form 206D Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** page 2 of 11

4/24/23 4:42PM

Debtor **Marking Impressions, Corp.** Case number (if known)
Name

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.6 **ALLY FINANCIAL**
Creditor's Name
**ATTN: BANKRUPTCY DEPT**
**PO BOX 380901**
**BLOOMINGTON, MN 55438**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2022 Chevy Silverado**

**$60,760.00** **$60,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.7 **ALLY FINANCIAL**
Creditor's Name
**ATTN: BANKRUPTCY DEPT**
**PO BOX 380901**
**BLOOMINGTON, MN 55438**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2019 Peterbuilt Crash Cart**

**$80,400.00** **$95,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Official Form 206D Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** page 3 of 11

Document Page 21 of 50

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.8 **ALLY FINANCIAL**
Creditor's Name
**ATTN: BANKRUPTCY DEPT**
**PO BOX 380901**
**BLOOMINGTON, MN 55438**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Chevy Silverado**

**$53,779.00** **$60,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.9 **ALLY FINANCIAL**
Creditor's Name
**ATTN: BANKRUPTCY DEPT**
**PO BOX 380901**
**BLOOMINGTON, MN 55438**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4922**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Chevy Silverado**

**$50,000.00** **$60,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.10 **Ascentium Capital**
Creditor's Name

**23970 Highway 59 North**
**Kingwood, TX 77339-9000**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Paint Accessories, 2014 Isuzu paint truck compressor**

**$62,931.00** **$63,000.00**

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.11 **Billd**
Creditor's Name

**2700 W Anderson Ln**
**Austin, TX 78757**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**90 days or less: Swarco $19972; Southern Tire Mart $9632; State Auto $1000; One Black Dog Media $603; The Worx Group $3546; Base Aluminum $8225; Billd Material $118630; Billd Advance $48489; American Express $40684; HOG Technologies $11404;**

**Describe the lien**
**Loan Collateral**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$167,119.91** **$418,679.00**

---

2.12 **BMW FINANCIAL**
Creditor's Name

**PO BOX 3607**
**DUBLIN OH 43016**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2021 BMW X5**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**$0.00** **$52,500.00**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.13 **CBC Equipment** — **$58,001.00** — **$65,000.00**

Creditor's Name

**1234 Santa Monica Blvd**
**Beverly Hills, CA 90210**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8001**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Thermo melters, message board LEDs**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.14 **CIT Group** — **$37,131.00** — **$40,000.00**

Creditor's Name

**155 Commerce Way**
**Portsmouth, NH 03801**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Mini mac**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.15 **CIT Group** — **$13,773.00** — **$13,000.00**

Creditor's Name

**155 Commerce Way**
**Portsmouth, NH 03801**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Thermolazers**

**Describe the lien**

4/24/23 4:42PM

Debtor **Marking Impressions, Corp.** Case number (if known)
Name

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3000**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.16 **GM FINANCIAL**
Creditor's Name
**ATTN: BANKRUPTCY DEPT**
**PO BOX 183853**
**ARLINGTON, TX 76096**
Creditor's mailing address

**Describe debtor's property that is subject to a lien** **$62,500.00** **$52,500.00**
**2022 GMC SIERRA**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.17 **North Mill Credit**
Creditor's Name
**601 Merritt 7 Suite 5**
**Norwalk, CT 06851**
Creditor's mailing address

**Describe debtor's property that is subject to a lien** **$155,524.00** **$200,000.00**
**2014 Isuzu NQR; 2016 Kenworth K270**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Official Form 206D Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** page 7 of 11

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.18 **SBA**
Creditor's Name

**Describe debtor's property that is subject to a lien**

**$1,158,300.00** **$0.00**

**P.O. Box 3918**
**Portland, OR 97208**
Creditor's mailing address

**Describe the lien**
**UCC FILING**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7210**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.19 **US BANK**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**Reflectometer, generator, striping equipment**

**$15,793.00** **$15,000.00**

**ATTN: BANKRUPTCY DEPT**
**PO BOX 5229**
**CINCINNATI, OH 45201**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2000**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.20 **US Bank**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**Thermo Parts/Push Cart**

**$10,685.00** **$13,000.00**

**13010 SW 68th PKWY 100**
**Portland, OR 97223**
Creditor's mailing address

**Describe the lien**

4/24/23 4:42PM

Debtor **Marking Impressions, Corp.** Case number (if known)
Name

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.21 **Volunteer State Bank**
Creditor's Name

**101 Intemation Dr**
**Franklin, TN 37067**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Paint Truck Chassis**

**$82,805.00** **$125,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6200**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.22 **Volunteer State Bank**
Creditor's Name

**101 Intemation Dr**
**Franklin, TN 37067**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2019 Autocar**

**$276,810.00** **$275,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9400**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Official Form 206D Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** page 9 of 11

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.23 **Volunteer State Bank**
Creditor's Name

**101 Intemation Dr**
**Franklin, TN 37067**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8600**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2018 Peterbuilt - Waterblaster**

**$480,135.00** **$500,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.24 **Volunteer State Bank**
Creditor's Name

**101 Intemation Dr**
**Franklin, TN 37067**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**7445 John Bragg**
**non-estate lien**

**$765,824.00** **$0.00**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.25 **Volunteer State Bank**
Creditor's Name

**101 Intemation Dr**
**Franklin, TN 37067**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**7445 John Bragg**
**non-estate lien**

**$402,124.00** **$0.00**

**Describe the lien**
**HELOC**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.26 **Wells Fargo**
Creditor's Name

**733 Marquette Ave #700**
**Minneapolis, MN 55402**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Caterpillar Forklift**

**$13,712.00** **$14,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$4,148,940.91**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **BMW Bank of North America**<br>**PO Box 78066**<br>**Phoenix, AZ 85062** | Line **2.12** | |

**Fill in this information to identify the case:**

Debtor name **Marking Impressions, Corp.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 Priority creditor's name and mailing address<br>**IRS**<br>**CNTRLZD INSOLVENCY OPRTN**<br>**PO BOX 7346**<br>**PHILADELPHIA, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$97,000.00** | **$97,000.00** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 **Nonpriority creditor's name and mailing address**<br>**AFG**<br>**17542 17th St #200**<br>**Tustin, CA 92780**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$121,435.00** |
| 3.2 **Nonpriority creditor's name and mailing address**<br>**AMERICAN EXPRESS**<br>**ATTN: BANKRUPTCY DEPT**<br>**PO BOX 981535**<br>**El PASO, TX 79998**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$40,684.09** |

Debtor **Marking Impressions, Corp.** Case number (if known)
Name

3.3 **Nonpriority creditor's name and mailing address**
**DELL FINANCIAL**
**ATTN: BANKRUPTCY DEPT**
**PO BOX 81577**
**AUSTIN, TX 78708**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,010.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4 **Nonpriority creditor's name and mailing address**
**Dickinson Wright**
**424 Church St. Suite 800**
**Nashville, TN 37219**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,534.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5 **Nonpriority creditor's name and mailing address**
**Funding Metrics LLC**
**3220 Tillman Dr Suite 200**
**Bensalem, PA 19020**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$60,857.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6 **Nonpriority creditor's name and mailing address**
**Interstate Billing**
**2114 Veterans Dr SE**
**Decatur, AL 35601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$754.51**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7 **Nonpriority creditor's name and mailing address**
**Jafee Capital**
**478 Albany Ave #200**
**Brooklyn, NY 11203**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$58,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8 **Nonpriority creditor's name and mailing address**
**Joshua Pope**
**209 William Dylan Dr**
**Murfreesboro, TN 37129**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$17,079.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.9 **Nonpriority creditor's name and mailing address**
**MCCARTHY BURGESS AND WOLF**
**26000 CANNON ROAD**
**Bedford, OH 44146**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.10 **Nonpriority creditor's name and mailing address**
**ON DECK CAPITAL**
**1400 BROADWAY #25**
**NEW YORK NY 10018**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$217,800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.11 **Nonpriority creditor's name and mailing address**
**One Black Dog Media**
**810 Church St**
**Murfreesboro, TN 37130**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$603.48**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.12 **Nonpriority creditor's name and mailing address**
**PARMAN ENERGY GROUP**
**7101 COCKRILL BEND BLVD**
**NASHVILLE TN 37209**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.13 **Nonpriority creditor's name and mailing address**
**Patco Inc**
**1002 Samsonite Blvd 37129**
**Murfreesboro, TN 37129**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$731.36**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.14 **Nonpriority creditor's name and mailing address**
**Rapid Finance**
**4500 East West Hwy 6th Floor**
**Bethesda, MD 20814**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$54,156.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.15 **Nonpriority creditor's name and mailing address**
**Sign Central LLC**
**8272 Saundersville Rd**
**Mount Juliet, TN 37122**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.16 **Nonpriority creditor's name and mailing address**
**Southern Tire Mart**
**1430 Mark Allen Lane**
**Murfreesboro, TN 37129**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,632.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

4/24/23 4:42PM

Debtor **Marking Impressions, Corp.** Case number (if known)
Name

**3.17** **Nonpriority creditor's name and mailing address**
**State Auto**
**PO Box 776721**
**Chicago, IL 60677**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.18** **Nonpriority creditor's name and mailing address**
**Swarco Industries**
**270 Rutherford Ln**
**Columbia, TN 38401**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$19,192.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.19** **Nonpriority creditor's name and mailing address**
**The Worx Group**
**710 Memorial Blvd #230**
**Murfreesboro, TN 37129**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,546.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.20** **Nonpriority creditor's name and mailing address**
**Thomas Schankweiler**
**9671 Buttermilk Ridge Rd**
**Lawrenceburg, TN 38464**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$124,043.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.21** **Nonpriority creditor's name and mailing address**
**Velocity**
**562 Lynnhaven Pkwy #202**
**Virginia Beach, VA 23452**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.22** **Nonpriority creditor's name and mailing address**
**Wayne Pope**
**2850 Roy Arnold Rd**
**Murfreesboro, TN 37130**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$443,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **IRS**<br>**C/O US ATTY OFFICE**<br>**110 9TH AVE SO #A-961**<br>**NASHVILLE, TN 37203** | Line **2.1**<br>☐ Not listed. Explain ____ | _ |

Official Form 206 E/F **Schedule E/F: Creditors Who Have Unsecured Claims** **Page 4 of 5**

Debtor **Marking Impressions, Corp.** Case number (if known)
Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

**Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
| --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ **97,000.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **1,253,358.70** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **1,350,358.70** |

**Fill in this information to identify the case:**

Debtor name **Marking Impressions, Corp.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | **Joseph Pope**<br>**209 William Dylan Drive**<br>**Murfreesboro, TN 37129** |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Marking Impressions, Corp.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Speidel Construction Inc** | **7445 John Bragg Hwy<br>Murfreesboro, TN 37129** | **SBA** | ■ D **2.18**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Vicky Lynn Pope** | **2850 Roy Arnold Rd<br>Murfreesboro, TN 37130** | **SBA** | ■ D **2.18**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Vicky Lynn Pope** | **2850 Roy Arnold Rd<br>Murfreesboro, TN 37130** | **BMW FINANCIAL** | ■ D **2.12**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Wayne Pope** | **2850 Roy Arnold Rd<br>Murfreesboro, TN 37130** | **SBA** | ■ D **2.18**<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Marking Impressions, Corp.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | **$2,218,274.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Base Aluminum**<br>**155 Fleet Dr**<br>**Villa Rica, GA 30180** | | **$8,225.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.2. **HOG Technologies 3920 SE Commerce Ave Stuart, FL 34997** | | **$11,404.07** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.3. **Geveko Markings 1883 New Harvest Road Gainesville, GA 30507** | | **$2,622.46** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.4. **SUPERIOR TRAFFIC CONTROL 114 CAPITAL WAY CHRISTIANA TN 37037** | | **$5,281.94** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.5. **Advanced Propane Inc. 7790B Hwy 109N Lebanon, TN 37087** | | **$2,209.29** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.6. **Crown 35 Industrial Park Dr Woodbury, GA 30293** | | **$4,396.41** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **LEFKOVITZ & LEFKOVITZ**<br>**908 HARPETH VALLEY PLACE**<br>**NASHVILLE, TN 37221** | **Attorney Fees** | | **$7,500.00** |

**Email or website address**
**slefkovitz@lefkovitz.com**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

4/24/23 4:42PM

Debtor **Marking Impressions, Corp.** Case number *(if known)*

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Official Form 207 **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** page **5**

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **DEMPSEY VANTREASE and FOLLIS PLLC<br>630 SOUTH CHURCH STREET<br>SUITE300<br>Murfreesboro, TN 37130** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial

statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Wayne Pope** | **629 Urlacher Dr**<br>**Murfreesboro, TN 37129** | **CCO** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

4/24/23 4:42PM

Debtor **Marking Impressions, Corp.** Case number *(if known)*

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 24, 2023**

**/s/ Wayne Todd Pope**
Signature of individual signing on behalf of the debtor

**Wayne Todd Pope**
Printed name

Position or relationship to debtor **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Official Form 207 **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** page **8**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Marking Impressions, Corp.** Debtor(s)

Case No.
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **7,500.00** |
| Prior to the filing of this statement I have received | $ | **7,500.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, preparation and filing of reaffirmation agreements and applications as needed, relief from stay actions, motions to redeem property, representation in any loan modification process, substitution of collateral, filing motions to aprove professionals, motions to approve sale of property, motions to authorize retention of special counsel, conversion to another bankruptcy chapter, representation in any other Court or legal matter, or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 24, 2023**
*Date*

**/s/ Steven L. Lefkovitz**
**Steven L. Lefkovitz 5953**
*Signature of Attorney*
**LEFKOVITZ & LEFKOVITZ**
**908 HARPETH VALLEY PLACE**
**NASHVILLE, TN 37221**
**615-256-8300 Fax: 615-255-4516**
**slefkovitz@lefkovitz.com**
*Name of law firm*

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Marking Impressions, Corp.** Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Wayne Todd Pope**<br>**7445 John Bragg Hwy**<br>**Murfreesboro, TN 37127** | **1** | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **April 24, 2023**

Signature **/s/ Wayne Todd Pope**
**Wayne Todd Pope**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Marking Impressions, Corp.** Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **April 24, 2023**

**/s/ Wayne Todd Pope**
**Wayne Todd Pope**/**CEO**
Signer/Title

MARKING IMPRESSIONS, CORP.
7445 JOHN BRAGG HWY
MURFREESBORO TN 37127

CBC EQUIPMENT
1234 SANTA MONICA BLVD
BEVERLY HILLS CA 90210

JOSEPH POPE
209 WILLIAM DYLAN DRIVE
MURFREESBORO TN 37129

STEVEN L. LEFKOVITZ
LEFKOVITZ & LEFKOVITZ
908 HARPETH VALLEY PLACE
NASHVILLE, TN 37221

CIT GROUP
155 COMMERCE WAY
PORTSMOUTH NH 03801

JOSHUA POPE
209 WILLIAM DYLAN DR
MURFREESBORO TN 37129

AFG
17542 17TH ST #200
TUSTIN CA 92780

DELL FINANCIAL
ATTN: BANKRUPTCY DEPT
PO BOX 81577
AUSTIN TX 78708

MCCARTHY BURGESS AND WOL
26000 CANNON ROAD
BEDFORD OH 44146

ALLIANCE FUNDING GROUP
PO BOX 4130
HOPKINS MN 55343

DICKINSON WRIGHT
424 CHURCH ST. SUITE 800
NASHVILLE TN 37219

NORTH MILL CREDIT
601 MERRITT 7 SUITE 5
NORWALK CT 06851

ALLY FINANCIAL
ATTN: BANKRUPTCY DEPT
PO BOX 380901
BLOOMINGTON MN 55438

FUNDING METRICS LLC
3220 TILLMAN DR SUITE 200
BENSALEM PA 19020

ON DECK CAPITAL
1400 BROADWAY #25
NEW YORK NY 10018

AMERICAN EXPRESS
ATTN: BANKRUPTCY DEPT
PO BOX 981535
EL PASO TX 79998

GM FINANCIAL
ATTN: BANKRUPTCY DEPT
PO BOX 183853
ARLINGTON TX 76096

ONE BLACK DOG MEDIA
810 CHURCH ST
MURFREESBORO TN 37130

ASCENTIUM CAPITAL
23970 HIGHWAY 59 NORTH
KINGWOOD TX 77339-9000

INTERSTATE BILLING
2114 VETERANS DR SE
DECATUR AL 35601

PARMAN ENERGY GROUP
7101 COCKRILL BEND BLVD
NASHVILLE TN 37209

BILLD
2700 W ANDERSON LN
AUSTIN TX 78757

IRS
CNTRLZD INSOLVENCY OPRTN
PO BOX 7346
PHILADELPHIA PA 19101-7346

PATCO INC
1002 SAMSONITE BLVD 37129
MURFREESBORO TN 37129

BMW BANK OF NORTH AMERICA
PO BOX 78066
PHOENIX AZ 85062

IRS
C/O US ATTY OFFICE
110 9TH AVE SO #A-961
NASHVILLE TN 37203

RAPID FINANCE
4500 EAST WEST HWY 6TH FLOO
BETHESDA MD 20814

BMW FINANCIAL
PO BOX 3607
DUBLIN OH 43016

JAFEE CAPITAL
478 ALBANY AVE #200
BROOKLYN NY 11203

SBA
P.O. BOX 3918
PORTLAND OR 97208

SIGN CENTRAL LLC
8272 SAUNDERSVILLE RD
MOUNT JULIET TN 37122

SOUTHERN TIRE MART
1430 MARK ALLEN LANE
MURFREESBORO TN 37129

SPEIDEL CONSTRUCTION INC
7445 JOHN BRAGG HWY
MURFREESBORO TN 37129

STATE AUTO
PO BOX 776721
CHICAGO IL 60677

SWARCO INDUSTRIES
270 RUTHERFORD LN
COLUMBIA TN 38401

THE WORX GROUP
710 MEMORIAL BLVD #230
MURFREESBORO TN 37129

THOMAS SCHANKWEILER
9671 BUTTERMILK RIDGE RD
LAWRENCEBURG TN 38464

US BANK
ATTN: BANKRUPTCY DEPT
PO BOX 5229
CINCINNATI OH 45201

US BANK
13010 SW 68TH PKWY 100
PORTLAND OR 97223

VELOCITY
562 LYNNHAVEN PKWY #202
VIRGINIA BEACH VA 23452

VICKY LYNN POPE
2850 ROY ARNOLD RD
MURFREESBORO TN 37130

VOLUNTEER STATE BANK
101 INTEMATION DR
FRANKLIN TN 37067

WAYNE POPE
2850 ROY ARNOLD RD
MURFREESBORO TN 37130

WELLS FARGO
733 MARQUETTE AVE #700
MINNEAPOLIS MN 55402

**United States Bankruptcy Court**
**Middle District of Tennessee**

In re **Marking Impressions, Corp.** Debtor(s)

Case No.
Chapter **11**

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Marking Impressions, Corp.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 24, 2023**
Date

**/s/ Steven L. Lefkovitz**
**Steven L. Lefkovitz 5953**
Signature of Attorney or Litigant
Counsel for **Marking Impressions, Corp.**

**LEFKOVITZ & LEFKOVITZ**
**908 HARPETH VALLEY PLACE**
**NASHVILLE, TN 37221**
**615-256-8300 Fax:615-255-4516**
**slefkovitz@lefkovitz.com**